# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NICHOMAS BENNETT**                                                                 **PLAINTIFF**

v.                                  No. 4:24-cv-773-DPM

**STJ APARTMENTS AR, LLC**                                                   **DEFENDANT**

## JUDGMENT

Bennett's complaint is dismissed with prejudice. The Court retains jurisdiction until 8 December 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

9 October 2025